**Order entered June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00473-CV

### LYNDALL D. MCDANIEL, Appellant

### V.

### JESSY DALE SMITH, Appellee

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CC1300047**

## ORDER

By letter dated May 21, 2015, the Court questioned its jurisdiction over this appeal noting that the clerk's record included a motion advising the trial court that the March 17, 2015 summary judgment order that is the subject of this appeal does not dispose of all pending claims and parties in the case. In response to the Court's letter, appellant has moved to abate the appeal pending a June 25, 2015 hearing in the trial court on appellant's motion to dispose of or sever the remaining claims in the case. We **GRANT** the motion and **ABATE** the appeal pending further order of the Court.

We **ORDER** appellant to file a status report on or before July 3, 2015. We caution appellant that failure to timely file the required status report will result in reinstatement and dismissal of the case.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE